**Electronically Filed
Supreme Court
SCAD-16-0000218
01-DEC-2016
10:14 AM**

SCAD-16-0000218

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

ANTHONY P. LOCRICCHIO,
Respondent.

---

ORIGINAL PROCEEDING
(ODC CASE NOS. 13-066-9136 and 14-040-9183)

ORDER OF CLARIFICATION

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon further review of Respondent Anthony P. Locricchio's November 25, 2016 motion, and the record in this matter,

IT IS HEREBY ORDERED that the November 25, 2016 order of this court, granting an extension to Respondent Locricchio of the effective date of his disbarment, is hereby clarified as follows; that Respondent Locricchio's activities with regards to his legal practice during the present period up to December 26, 2016, when his disbarment becomes effective, are limited to withdrawing from representation, notifying clients of his

disbarment, and returning files and client property as appropriate, pursuant to Rules 2.16(a), 2.16(b), and 2.16(c) of the Rules of the Supreme Court of the State of Hawaiʻi. Respondent Locricchio is not otherwise permitted to practice law on behalf of clients, and is prohibited from filing further documents in any court on behalf of clients, save for motions to withdraw as counsel, nor is he otherwise permitted to appear in court in representation of any third party.

IT IS FURTHER ORDERED that no further extensions shall be granted.

DATED:  Honolulu, Hawaiʻi, December 1, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson